UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MELISSA DARNELL, | : | Case No. 1:11-cv-786 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| v. | : | |
| THE KROGER Co., *et al.*, | : | |
| Defendants. | : | |

**ORDER**

On March 5, 2012, the Court adopted a Calendar Order in this case (Doc. 9). Among other provisions, the Calendar Order requires the parties to make primary expert designations by August 1, 2012. On July 17, 2012, the parties submitted a stipulation (Doc. 12) providing Plaintiff with an additional 30 days to submit her expert name and report. The stipulation also provides Defendant with "an additional 30 days from the scheduling order to submit their expert rebuttal witness with the court."

Pursuant to Fed. R. Civ. P. 16(b)(4), a scheduling order "may be modified only for good cause or with the judge's consent." Further, Local Rule 6.1(b) "does not permit stipulated extensions of time to respond to Motions, Court Orders, or other deadlines. All extensions other than those permitted by this Rule must be upon motion."

The parties have failed to file a motion seeking an extension, and have made no showing of good cause to modify the Calendar Order. Accordingly, the parties' stipulation is stricken. The parties may, pursuant to Federal and Local Rule, file a motion seeking an extension of the deadlines for good cause.

**IT IS SO ORDERED**.

Date:   7/17/12                                                              *s/ Timothy S. Black*
                                                                                             Timothy S. Black
                                                                                             United States District Judge