IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MELISSA DARNELL,

    Plaintiff,

vs.

KROGER COMPANY,

    Defendant.

Case Number: 1:11cv786

Judge Timothy S. Black
Magistrate Judge Stephanie K. Bowman

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised that this civil action has settled before Magistrate Judge Bowman;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

_Timothy S. Black_
Timothy S. Black
United States District Judge